# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Julia Rossi

                    Plaintiff,

v.                                                Case No.: 1:20–cv–05090

                                                             Honorable Andrea R. Wood

Claire's Stores, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 2, 2020:

    MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 10/2/2020. Defendants' unopposed motion to reassign related case [17] is granted. Case number 1:20–cv–5574 will be reassigned to this Court. Defendants' second unopposed motion to extend the time to answer or otherwise respond to Plaintiff's complaint [18] is granted as follows. Plaintiff shall have 21 days from the reassignment of 1:20–cv–5574 to file a consolidated amended class–action complaint in this case. Telephonic status hearing set for 11/6/2020 at 9:15 AM. The Court will set a schedule for Defendants' anticipated motion to dismiss at the status hearing. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call–in number is (888) 557–8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.