UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIA ROSSI, DELILAH PARKER and KELVIN HOLMES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CLAIRE'S STORES, INC.; CLAIRE'S BOUTIQUES, INC.; and CBI DISTRIBUTING CORP., <br><br> Defendants. | Case No.: 1:20-cv-05090 <br><br> Hon. Andrea R. Wood, presiding <br> Hon. Magistrate Heather K. McShain |

**JOINT STATUS REPORT AND NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiffs Julia Rossi, Delilah Parker, and Kevin Holmes (collectively, "Plaintiffs") and Defendants Claire's Stores, Inc., Claire's Boutiques, Inc., and CBI Distributing Corp. (collectively, "Defendants," and, collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby submit this joint status report.

Pursuant to the Court's order staying Defendants' motion to dismiss briefing and substantive discovery pending mediation (ECF No. 39), the Parties participated in a private mediation with an experienced mediator, Bennett G. Picker, Esq., on March 23, 2021. After a lengthy, full-day mediation session of hard fought, arm's-length negotiations, the Parties reached a settlement in principle to resolve this class action on a nationwide basis.

The Parties anticipate that they will need approximately 45 days to draft and finalize the terms of their settlement agreement and exhibits, and for Plaintiffs to prepare their motion for preliminary approval of settlement. Therefore, the Parties respectfully request that the Court vacate

the remaining briefing deadlines for Defendants' motion to dismiss and set May 17, 2021 as the deadline for Plaintiffs to file a motion for preliminary approval of settlement, including the Parties' executed settlement agreement and related exhibits.

Respectfully submitted,

DATED: March 30, 2021

/s/ Bradley K. King
Tina Wolfson
*twolfson@ahdootwolfson.com*
Bradley K. King
*bking@ahdootwolfson.com*
Theodore W. Maya
*tmaya@ahdootwolfson.com*
Henry Kelston
*hkelston@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111
Fax: (310) 474-8585

M. Anderson Berry
*aberry@justice4you.com*
Leslie Guillon
*lguillon@justice4you.com*
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, California 95825
Tel: (916) 777-7777
Fax: (916) 924-1829

Katrina Carroll
*kcarroll@carlsonlynch.com*
Kyle A. Shamberg
*kshamberg@carlsonlynch.com*
**CARLSON LYNCH LLP**
111 West Washington Street, Suite 1240
Chicago, Illinois 60602
Tel: (312) 750-1265

        Rachele R. Byrd
        *byrd@whafh.com*
        **WOLF HALDENSTEIN ADLER**
         **FREEMAN & HERZ LLP**
        750 B Street, Suite 1820
        San Diego, CA 92101
        Tel: (619) 239-4599
        Fax: (619) 234-4599

        Carl V. Malmstrom
        *malmstrom@whafh.com*
        **WOLF HALDENSTEIN ADLER**
         **FREEMAN & HERZ LLC**
        111 W. Jackson Blvd.,
        Suite 1700 Chicago, Illinois 60604
        Tel: 312/984-0000
        Fax: 212/545-4653

        *Counsel for Plaintiffs and the Proposed Class*


DATED: March 30, 2021        */s/ Gilbert S. Keteltas*
        John S. Letchinger
        Maria Boelen
        Baker Hostetler LLP
        One North Wacker Drive
        Suite 4500
        Chicago, IL 60606
        jletchinger@bakerlaw.com
        mboelen@bakerlaw.com
        Ph: 312.416.6200
        Fax: 312.416.6200

        Gilbert S. Keteltas (admitted *pro hac vice*)
        Carey S. Busen (admitted *pro hac vice*)
        BakerHostetler LLP
        1050 Connecticut Ave., NW
        Suite 1100
        Washington, DC 20036
        gketeltas@bakerlaw.com
        cbusen@bakerlaw.com
        Ph: 202.861.1500
        Fax: 202.861.1783

        *Counsel for Defendants*

-4-

## **ATTESTATION OF FILER**

      I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

*/s/ Bradley K. King*          

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2021, the foregoing Joint Status Report and Notice of Settlement in Principle was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification of the filing to all attorneys of record.

*/s/ Bradley K. King*