# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JULIA ROSSI, DELILAH PARKER and KELVIN HOLMES, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:20-cv-5090 |
| Plaintiffs, | Hon. Andrea R. Wood, presiding |
| v. | Hon. Magistrate Heather K. McShain |
| CLAIRE'S STORES, INC.; CLAIRE'S BOUTIQUES, INC.; and CBI DISTRIBUTING CORP., | |
| Defendants. | |

## UNOPPOSED MOTION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs Julia Rossi, Delilah Parker, and Kelvin Holmes (collectively, "Plaintiffs") bring this unopposed motion to continue Plaintiffs' deadline to file a motion for preliminary approval[1] of their proposed class settlement with Defendants Claire's Stores, Inc., Claire's Boutiques, Inc., and CBI Distributing Corp. (collectively, "Defendants" and, collectively with Plaintiffs, the "Parties"). Defendants do not oppose this motion. (Declaration of Bradley K. King, attached, ¶ 2.)

As indicated in the Parties' Joint Status Report and Notice of Settlement in Principle (Dkt. 42), the Parties reached a settlement in principle after a full-day mediation session with Bennett G. Picker, Esq. on March 23, 2021. Since then, the Parties have worked diligently to draft the settlement agreement and related exhibits and anticipate being able to finalize and execute the agreement in the coming weeks. In addition, Plaintiffs have been diligently preparing their motion for preliminary approval and supporting documents.

---

[1] As ordered in the Court's April 20, 2021 Minute Entry, Dkt. 43.

Despite these diligent efforts, a modest extension of the current deadline is needed to ensure adequate time for the Parties to finalize their settlement and prepare all requisite documents for filing. Consequently, the Parties respectfully request an additional 30 days to file the preliminary approval motion, settlement agreement, and supporting documents.

## CONCLUSION

Plaintiffs respectfully move the Court, without opposition, to continue the May 17, 2021 deadline to file a motion for preliminary approval of settlement by 30 days to June 16, 2021.

Respectfully submitted,

Dated: May 7, 2021

*/s/ Bradley K. King*
Bradley K. King
*bking@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111
Fax: (310) 474-8585

M. Anderson Berry
*aberry@justice4you.com*
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, California 95825
Tel: (916) 777-7777
Fax: (916) 924-1829

*Interim Co-Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 7, 2021, the foregoing Unopposed Motion to Continue Plaintiffs' Deadline to File Motion for Preliminary Approval of Settlement with supporting declaration was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification of the filing to all attorneys of record.

                                                  */s/ Bradley K. King*