UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIA ROSSI, DELILAH PARKER and KELVIN HOLMES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLAIRE'S STORES, INC.; CLAIRE'S BOUTIQUES, INC.; and CBI DISTRIBUTING CORP.,<br><br>Defendants. | Case No.: 1:20-cv-5090<br><br>Hon. Andrea R. Wood, presiding<br>Hon. Magistrate Heather K. McShain |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Plaintiffs Julia Rossi, Delilah Parker, and Kevin Holmes (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby move without opposition for preliminary approval of the class action settlement as well as certification of the proposed settlement class. In support of the instant motion, Plaintiffs incorporate the concurrently filed memorandum of law, the Joint Declaration of Bradley K. King and M. Anderson Berry, the Declaration of Robert Siciliano, and the proposed settlement agreement and accompanying exhibits.

Respectfully submitted,

Dated: June 16, 2021

/s/ Bradley K. King
Tina Wolfson
*twolfson@ahdootwolfson.com*
Bradley K. King
*bking@ahdootwolfson.com*

1

Theodore W. Maya
*tmaya@ahdootwolfson.com*
Henry Kelston
*hkelston@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111
Fax: (310) 474-8585

M. Anderson Berry
*aberry@justice4you.com*
Leslie Guillon
*lguillon@justice4you.com*
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, California 95825
Tel: (916) 777-7777
Fax: (916) 924-1829

Katrina Carroll
*kcarroll@carlsonlynch.com*
Kyle A. Shamberg
*kshamberg@carlsonlynch.com*
**CARLSON LYNCH LLP**
111 West Washington Street, Suite 1240
Chicago, Illinois 60602
Tel: (312) 750-1265

Rachele R. Byrd
*byrd@whafh.com*
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Tel: (619) 239-4599
Fax: (619) 234-4599

Carl V. Malmstrom
*malmstrom@whafh.com*
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
111 W. Jackson Blvd.,
Suite 1700 Chicago, Illinois 60604
Tel: 312/984-0000

Fax: 212/545-4653

*Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 16, 2021, the foregoing Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class, with supporting documents, was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification of the filing to all attorneys of record.

                                                */s/ Bradley K. King*