## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| JULIA ROSSI, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| CLAIRE'S STORES, INC., *et al.*, | ) |
| Defendants. | ) |

Case No.: 1:20-cv-5090

Hon. Andrea R. Wood, presiding
Hon. Magistrate Heather K. McShain

## PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

Plaintiffs Julia Rossi, Delilah Parker, and Kevin Holmes (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby move without opposition for approval of their request for attorneys' fees, costs, and service awards in this preliminarily approved class action settlement. In support of the instant motion, Plaintiffs incorporate the concurrently filed memorandum of law, the Declaration of Bradley K. King, the Declaration of M. Anderson Berry, the Declaration of Rachele R. Byrd, the Declaration of Katrina Carroll, and the accompanying exhibits.

Respectfully submitted,

Dated: August 11, 2022

*/s/ Bradley K. King*
Tina Wolfson
*twolfson@ahdootwolfson.com*
Bradley K. King
*bking@ahdootwolfson.com*

1

**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111
Fax: (310) 474-8585

M. Anderson Berry
*aberry@justice4you.com*
Leslie Guillon
*lguillon@justice4you.com*
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, California 95825
Tel: (916) 777-7777
Fax: (916) 924-1829

Rachele R. Byrd
*byrd@whafh.com*
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA  92101
Tel:  (619) 239-4599
Fax:  (619) 234-4599

Carl V. Malmstrom
*malmstrom@whafh.com*
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLC**
111 W. Jackson Blvd.,
Suite 1700 Chicago, Illinois 60604
Tel: 312/984-0000
Fax:  212/545-4653

Katrina Carroll
*katrina@lcllp.com*
Kyle A. Shamberg
*kyle@lcllp.com*
**LYNCH CARPENTER LLP**
111 West Washington Street, Suite 1240
Chicago, Illinois 60602
Tel: (312) 750-1265

*Counsel for Plaintiffs and the Settlement Class*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 11, 2022, the foregoing Unopposed Motion for Attorneys' Fees, Costs, and Service Awards, with supporting documents, was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification of the filing to all attorneys of record.

*/s/ Bradley K. King*
_____