UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIA ROSSI, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| CLAIRE'S STORES, INC., *et al.*, | ) ) |
| Defendants. | ) ) ) ) ) ) ) |

Case No.: 1:20-cv-5090

Hon. Andrea R. Wood, presiding
Hon. Magistrate Heather K. McShain

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Plaintiffs Julia Rossi, Delilah Parker, and Kevin Holmes (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby move without opposition for final approval of the class action settlement as well as certification of the proposed settlement class. In support of the instant motion, Plaintiffs incorporate the concurrently filed memorandum of law, the Joint Declaration of Bradley K. King and M. Anderson Berry, the Declaration of Teresa Y. Sutor, and accompanying exhibits.

Respectfully Submitted,

Dated: September 6, 2022

*/s/ Bradley K. King*
Tina Wolfson
*twolfson@ahdootwolfson.com*
Bradley K. King
*bking@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505

1

Tel: (310) 474-9111
Fax: (310) 474-8585

*Co-Lead Class Counsel*

M. Anderson Berry
*aberry@justice4you.com*
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, California 95825
Tel: (916) 239-4778
Fax: (916) 924-1829

*Co-Lead Class Counsel*

Rachele R. Byrd
*byrd@whafh.com*
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Tel: (619) 239-4599
Fax: (619) 234-4599

Carl V. Malmstrom
*malmstrom@whafh.com*
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC**
111 W. Jackson Blvd.,
Suite 1700 Chicago, Illinois 60604
Tel: 312/984-0000
Fax: 212/545-4653

Katrina Carroll
*katrina@lcllp.com*
Kyle A. Shamberg
*kyle@lcllp.com*
**LYNCH CARPENTER LLP**
111 West Washington Street, Suite 1240
Chicago, Illinois 60602
Tel: (312) 750-1265

*Counsel for Plaintiffs and the Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2022, the foregoing Unopposed Motion for Final Approval of Class Action Settlement and Certification of Settlement Class, with supporting documents, was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification of the filing to all attorneys of record.

*/s/ Bradley K. King*
Bradley K. King