**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Julia Rossi, et al.

                               Plaintiff,

v.                                                                   Case No.: 1:20–cv–05090
                                                                Honorable Andrea R. Wood

Claire's Stores, Inc., et al.

                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 27, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Final Fairness and Approval Hearing held on 9/27/2022. For the reasons stated on the record, the Court finds that the proposed class settlement is fair, reasonable, and adequate, and otherwise satisfies the requirements set forth in Federal Rule of Civil Procedure 23(e). Accordingly, Plaintiffs' unopposed motion for final approval of class action settlement and certification of settlement class [55] is granted. Enter Final Order of Approval. Plaintiffs' unopposed motion for attorneys' fees, costs, and service awards [53] is granted. Class representatives Julia Rossi, Delilah Parker, and Kevin Holmes each shall receive a service award of $1,500.00. No further status hearing is set at this time. The parties may request a status hearing with the District Judge by contacting the courtroom deputy. All pending motions and hearing dates are terminated. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.